Disposition of Petitions for Discretionary Review Under G.S. 7A-31

8 June 2017

| 074P17 | Nathaniel Bryant and Joseph L. Gillespie v. Charles Wilbur Bryant and Carl Bryant | 1. Plt's (Nathaniel Bryant) *Pro Se* Motion for Temporary Stay <br><br> 2. Plt's (Nathaniel Bryant) *Pro Se* Petition for *Writ of Supersedeas* <br><br> 3. Plt's (Nathaniel Bryant) *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Chatham County | 1. Denied **03/13/2017** <br><br> 2. Denied **03/14/2017** <br><br> 3. Dismissed |
| --- | --- | --- | --- |
| 079P17 | State v. Jimmy Allen Roberts | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP17-135) <br><br> 2. Def's *Pro Se* Motion for PDR <br><br> 3. Def's *Pro Se* Motion for Judicial Notice | 1. Dismissed *ex mero motu* <br><br> 2. Dismissed <br><br> 3. Dismissed as moot <br><br> **Ervin, J., recused** |
| 088P17 | G.S.C. Holdings, LLC; T and A Amusements, LLC; and Crazie Overstock Promotions, LLC v. Patrick McCrory, in his Official Capacity as Governor of the State of North Carolina; Frank L. Perry, in his Official Capacity as Secretary of the North Carolina Department of Crime Control and Prevention; Mark J. Senter, in his Official Capacity as Branch Head of the Alcohol Law Enforcement Division; Shannon Craddock, in his Official Capacity as the Chief of Police of the City of Archdale, North Carolina; and Maynard B. Reid, Jr., in his Official Capacity as the Sheriff of Randolph County | Defs' (McCrory, Perry, Senter and Craddock) PDR Under N.C.G.S. § 7A-31) (COA16-160) | Denied |